# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

United States of America
v.

JASON GENTILE

Case No. 17-1591-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 21 and 25, 2017__ in the county of __Philadelphia__ in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Robbery of a bank by force, violence and intimidation, and attempted robbery of a bank by force, violence and intimidation |

This criminal complaint is based on these facts:

On or about November 21, 2017, in Philadelphia in the Eastern District of Pennsylvania, JASON GENTILE did take by force and violence and intimidation money and property in the care, custody, control, management and possession of PNC Bank, a federally insured banking institution.

On or about November 25, 2017, in Philadelphia in the Eastern District of Pennsylvania, JASON GENTILE attempted to take by force and violence and intimidation money and property in the care, custody, control, management and possession of PNC Bank, a federally insured banking institution.

☒ Continued on the attached sheet.

_____
Complainant's signature

James F. Finnegan, Special Agent
*Printed name and title*

Sworn to before me, and subscribed in my presence

November 28, 2017
*Date*

Phila, Pa
*City and State*

_____
Judge's signature

Hon. DAVID R. STRAWBRIDGE, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James F. Finnegan, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia, Pennsylvania Division, and have been so since June 2014. I have been a Special Agent with the FBI since February 2006. I am currently assigned to the Violent Crimes Task Force (VCTF) which investigates violations of Federal law, to include robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. Previously, I was assigned to the Los Angeles Division of the FBI conducting investigations involving organized crime groups, Weapons of Mass Destruction cases and Domestic Terrorism matters.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging JASON GENTILE with one count of bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3. JASON GENTILE is on federal supervised release. He was released from federal custody on November 20, 2017. He was required to report to the Federal Probation Office on November 21, 2017, but failed to do so. As a result of violations of technical reporting conditions, the Federal Probation Office obtained a warrant for GENTILE's arrest, on November 21, 2017.

4. On November 21, 2017, a lone white male robbed PNC Bank located at 12300 Academy Road, Philadelphia, Pennsylvania. The suspect entered the bank and handed the teller a demand note that said, "I have a gun. Give me your cash." The teller gave the suspect approximately $2,971.00 in United States Currency. The suspect fled the robbery in a burgundy

A-1

1997 Ford F-150 pick-up truck with New Jersey license plate V88CJU, which had been reported stolen.

5. On November 25, 2017, at approximately 1:25 p.m., a lone white male attempted to rob the PNC Bank located at 11830 Bustleton Avenue, Philadelphia, Pennsylvania. The suspect entered the bank and handed the teller a demand note that said, "Give me all your money, don't move or push alarm, I have a gun." The teller stated she had no money, at which point the suspect exited the bank and entered a black sports utility-type vehicle.

6. After each robbery, Philadelphia Police Department (PPD) officers responded to the crime scene for processing. Responding officers interviewed witnesses and viewed surveillance video. A wanted flyer with an image of the robber was issued to all local, state and federal law enforcement agencies. FBI agents in Newark, New Jersey identified JASON GENTILE as a suspect, based on the image on the flyer.

7. On the morning of Monday, November 27, 2017, acting on a tip received on Sunday, PPD officers and FBI agents established a surveillance in the vicinity of Jasper and York Streets in Philadelphia. Shortly after 10:00 a.m. on November 27, 2017, PPD Officers and FBI agents spotted an individual who matched the physical description and appearance of the robber seen at PNC Bank on November 21, 2017. The white male, identified as JASON GENTILE, was approached and taken into custody on the Probation warrant without incident.

8. After his arrest on the warrant from Probation, GENTILE was brought to FBI headquarters in Philadelphia. After being advised of his rights, GENTILE signed a form FD-395 Advice of Rights waiving his right to have an attorney present during the interview and agreeing to answer law enforcement questions. GENTILE then confessed to committing the robbery of PNC Bank located at 12300 Academy Road, Philadelphia, PA, on November 21, 2017, as well as

attempting to rob the PNC Bank located at 11830 Bustleton Avenue, Philadelphia, Pennsylvania on November 25, 2017.

9. At the time of the robbery and attempted robbery described above, the FDIC insured the deposits of PNC Bank.

10. Because of the aforementioned facts, your affiant believes there is probable cause to charge JASON GENTILE with the robbery of PNC Bank, 12300 Academy Road, Philadelphia, Pennsylvania, on November 21, 2017, and the attempted robbery of PNC Bank, 11830 Bustleton Avenue, Philadelphia, Pennsylvania, on November 25, 2017, all in violation of 18 United States Code Section 2113(a).

JAMES F. FINNEGAN
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 28 day of November, 2017

HONORABLE DAVID R. STRAWBRIDGE
*United States Magistrate Judge*

A-3